**[Doabtmal]** [Order Abating Motion To Avoid Lien]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 9:15−bk−02684−FMD
                                                                    Chapter 13

Valerie V. Staples
25 Medalist Way
Rotunda West, FL 33947


_____Debtor*_____/

### ORDER ABATING MOTION TO AVOID LIEN OF JOSEPH PALMERONE & TAYLOR'S WAY LLC

   THIS CASE came on for consideration, without hearing, of the Motion to Avoid Lien ("Motion") filed by Joseph Palmerone & Taylor's Way LLC, Doc. No. 17. After review, the Court determines that the Motion is deficient as follows:

☐ The Motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr. P. 9011.

☑ The Motion is not verified or accompanied with an affidavit pursuant to Local Rule 4003−2.

☐ The Motion was filed without a proof of service as required by Fed. R. Bankr. P. 7005(d) and Local Rule 7005−1.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

☐ The Motion does not specifically describe the property encumbered by the lien, including the legal description if real property, or VIN if vehicle.

☐ The Motion does not contain the Official Record. Book and Page Number or the Instrument Number used by the county where the judgment is recorded.

☐ The property described in the Motion is not listed on Schedule C or Amended Schedule C.

Accordingly, it is **ORDERED:**

Consideration of the Motion is abated until the deficiency is corrected.

Dated:  March 26, 2015

_____
Caryl E. Delano
United States Bankruptcy Judge

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.