SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
---------------------------------------------------------------X
JOSEPH PALMERONE and TAYLOR'S WAY, LLC,

                Plaintiffs,

    -against-

HAMILTON STAPLES, HICKORY SHADOW, INC.,
ENGLEWOOD CONTRACTING INC.,
16 HARCOURT COSMAN DRIVE CORP.,
SELPATS OF FLORIDA LLC, ROTONDA OF NEW
YORK, INC., and VALERIE STAPLES,

                Defendants.
---------------------------------------------------------------X

HON. PAUL I. MARX

**AFFIDAVIT**

Index No. 12-000552

STATE OF NEW YORK    )
                            ) SS.:
COUNTY OF ORANGE   )

    WILLIAM ANDERSON, being duly sworn, deposes and states as follows:

    1.    I reside at 26 Hasbrouck Drive in Wallkill, New York, which is adjacent to 24 Hasbrouck Drive. It is necessary for me to drive past 24 Hasbrouck Drive when leaving or returning to my house. I have lived at 26 Hasbrouck Drive for approximately the past six years.

    2.    I am familiar with and know Hamilton Staples and his wife, Kimberly Staples, as they previously resided at 24 Hasbrouck Drive. Approximately two years ago, I was informed by Mr. Staples that he and his wife were moving to Florida. Since that time, Mr. and Mrs. Staples ceased residing full time at 24 Hasbrouck Drive and I have observed Mr. Staples there only on rare occasions.

    3.    Although I have resided at 26 Hasbrouck Drive for the past six years, I am not aware of any person by the name of Valerie Staples living at 26 Hasbrouck Drive at any time during the past six years. I also note that I have not observed any women who would appear to be in their 60s or 70s living at 24 Hasbrouck Drive in the six years that I have resided at 26 Hasbrouck Drive.

Composite Exhibit "A"

_____
WILLIAM ANDERSON

Sworn to before me this
____ day of December 2012

_____
Notary Public

RALPH PUGLIELLE JR.
Notary Public, State of New York
Qualified in Ulster County
Registration No. 02PU6031116
Commission Expires September 27, 20 _13_

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
------------------------------------------------------------X
JOSEPH PALMERONE and TAYLOR'S WAY, LLC,

                                           HON. SANDRA SCIORTINO, J.S.C.

            Plaintiffs,

                                           **AFFIDAVIT**

   -against-

HAMILTON STAPLES, HICKORY SHADOW, INC.,        Case No. 1
ENGLEWOOD CONTRACTING INC.,                     Index No.: 2012-552
16 HARCOURT COSMAN DRIVE CORP.,
SELPATS OF FLORIDA LLC, and
VALERIE STAPLES,

           Defendants.
------------------------------------------------------------X
JOSEPH PALMERONE and TAYLOR'S WAY, LLC,

           Plaintiffs,

   -against-                                               Case No. 2
                                                    Index No. 2013-003341
HICKORY SHADOW, INC., ROTONDA OF NEW
YORK, INC., and ENGLEWOOD CONTRACTING
INC.,

           Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                               ) SS.:
COUNTY OF ORANGE    )

      JOHN TREGLIA, being duly sworn, deposes and states as follows:

      1.      I reside at 18 Hasbrouck Drive in Wallkill, New York, which is adjacent to 24 Hasbrouck Drive. I have a clear view of 24 Hasbrouck Drive each time that I pull into my driveway at 18 Hasbrouck Drive. I have lived at 18 Hasbrouck Drive for approximately the past nine and a half years.

2. I am familiar with and know Hamilton Staples and his wife, Kimberly Staples, as they previously resided at 24 Hasbrouck Drive. Approximately three years ago, Mr. Staples and his wife vacated 24 Hasbrouck Drive. Since that time, to my knowledge, Mr. and Mrs. Staples have ceased residing at 24 Hasbrouck Drive.

3. In early spring of 2014, I observed a couple (who were not Mr. Staples and his wife) with small children residing as tenants at 24 Hasbrouck Drive. Approximately three months ago, the couple and their children vacated the premises, and I have not observed any further activity at 24 Hasbrouck Drive since that time. Accordingly, I believe that 24 Hasbrouck Drive is presently vacant.

4. Although I have resided at 18 Hasbrouck Drive for the past nine and a half years, I am not aware of any person by the name of Valerie Staples living at 24 Hasbrouck Drive at any time during the past nine and a half years.

*JOHN TREGLIA*

Sworn to before me this
4th day of February 2015

*William F. Newman*
Notary Public

William F. Newman
Notary Public, State of New York
No. 01NE5052041
Qualified in Orange County
Commission Expires November 13, 2017